# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| YETBAREK YOHANNES TESFAY,<br><br>              Plaintiff,<br><br>vs.<br><br>ERIC HOLDER, *et al.*,<br><br>              Defendants. | 2:11-cv-01545-PMP-VCF<br><br>**MINUTE ORDER** |

Before the Court is the Notice of Supplemental Authority and Request for Briefing Schedule (#10).

IT IS HEREBY ORDERED that a hearing on the Notice of Supplemental Authority and Request for Briefing Schedule (#10) is scheduled for 10:30 a.m., September 26, 2012 in Courtroom 3A.

DATED this 7th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE