# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YETBAREK YOHANNES TESFAY,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC HOLDER, *et al.*,<br><br>        Defendants. | 2:11-cv-01545-PMP-VCF<br><br>**ORDER**<br><br>[Joint Motion to Vacate and Reschedule September 26, 2012 hearing date #15] |

Before the Court is the Joint Motion to Vacate and Reschedule September 26, 2012 hearing date (#15).

IT IS HEREBY ORDERED that the Joint Motion to Vacate and Reschedule September 26, 2012 hearing date (#15) is Granted.

IT IS FURTHER ORDERED that the hearing on the Notice of Supplemental Authority and Request for Briefing Schedule (#10) currently scheduled for 10:30 a.m., September 26, 2012 is vacated and rescheduled for 10:30 a.m., October 19, 2012 in Courtroom 3D.

DATED this 18th day of September, 2012.

                                                                                          _____
                                                                                          CAM FERENBACH
                                                                                          UNITED STATES MAGISTRATE JUDGE