```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
7  Attorneys for the United States
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YETBAREK YOHANNES TESFAY, | ) |
| | ) Case No. 2:11-CV-01545-PMP-VCF |
| Plaintiffs, | ) |
| v. | ) MOTION TO PERMIT APPEARANCE |
| | ) OF GOVERNMENT ATTORNEY |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to LR IA 10-3, the United States moves for the admission of Jeffery S. Robins to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Robins is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government. Mr. Robins is a member in good standing of the Bar of the State of New York, bar number 4355244.

...

...

1  Mr. Robins can be contacted/served at the following address:

2  Jeffery S. Robins
   Senior Litigation Counsel
3  Office of Immigration Litigation
   District Court Section
4  U.S. Department of Justice, Civil Division
   PO Box 868, Ben Franklin Station
5  Washington, D.C. 20044
   Phone: (202) 616-1246
6  Fax: (202) 305-7000
7  E-mail: jeffrey.robins@usdoj.gov

8  Accordingly, the United States respectfully requests that an
9  order be issued allowing Mr. Robins to practice before this
10 honorable Court.

11 DATED: September 14, 2012        Respectfully submitted,
12                                  DANIEL G. BOGDEN
                                    United States Attorney
13
14                                   /s/ Carlos A. Gonzalez
                                    Carlos A. Gonzalez
15                                  Assistant United States Attorney

18                             IT IS SO ORDERED.

20                             _____
21                             PHILIP M. PRO
22                             UNITED STATES DISTRICT JUDGE

23                             Dated; September 20, 2012.

-2-