DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YETBAREK YOHANNES TESFAY, | Case No. 2:11-CV-01545-PMP-VCF |
| Plaintiffs, | |
| v. | MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY |
| ERIC HOLDER, et al., | |
| Defendants. | |

Pursuant to LR IA 10-3, the United States moves for the admission of Jeffery S. Robins to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Robins is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government. Mr. Robins is a member in good standing of the Bar of the State of New York, bar number 4355244.

...

...

Mr. Robins can be contacted/served at the following address:

Jeffery S. Robins
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
U.S. Department of Justice, Civil Division
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1246
Fax: (202) 305-7000
E-mail: jeffrey.robins@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Robins to practice before this honorable Court.

DATED: September 14, 2012         Respectfully submitted,
                                  DANIEL G. BOGDEN
                                  United States Attorney


                                   /s/ Carlos A. Gonzalez
                                  Carlos A. Gonzalez
                                  Assistant United States Attorney



                        IT IS SO ORDERED.


                        _____
                         PHILIP M. PRO
                         UNITED STATES DISTRICT JUDGE

                        Dated;  September 20, 2012.

-2-